# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,                    :

        Plaintiff,                          :

        v.                                 :     Criminal Action No. 14- 58- UNA

SHAKIL MILLER, JON HENRY and                 :
COREY HARRIS,

        Defendants                         :

**REDACTED**

**SEALED**

**SEALED**

2014 OCT 23 AM 10: 32

CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE
FILED

**INDICTMENT**

The Grand Jury for the District of Delaware charges that:

## COUNT I
### (Conspiracy to Provide False Information to a Federal Firearms Licensee)

INTRODUCTION

1.    At all times material to this Indictment, Milford Trade and Exchange was a Federal Firearms Licensee ("Milford FFL"), that is, a business licensed under the provisions of Chapter 44, Title 18 of the United States Code, as a firearm importer, manufacturer and dealer, located in the City of Milford, Kent County, in the State and District of Delaware.

2.    Various rules and regulations, promulgated under the authority of Chapter 44, Title 18, United States Code, govern the manner in which FFLs are permitted to sell firearms and ammunition. The rules and regulations governing FFLs require that a person seeking to purchase a firearm fill out a Firearms Transaction Record ("ATF Form 4473"). ATF Form 4473 requires that the prospective firearm purchaser certify that all his or her answers provided on the ATF Form 4473 are true and correct.

3.      ATF Form 4473 also requires the prospective firearm purchaser to answer a series

of questions about the purchase, and, in particular, asks the following: "Are you the actual

transferee/buyer of the firearm(s) listed on this form? Warning: You are not the actual buyer if

you are acquiring the firearm(s) on behalf of another person." ATF Form 4473 also contains a

warning that falsely answering yes to the above question and thus falsely claiming to be the

actual transferee/buyer of the firearm is a crime punishable as a felony.

4.      The information entered on ATF Form 4473 is material to the sale of firearms by

FFLs. As such, each FFL is required to maintain records, in the form of completed ATF Forms

4473, of the identity of the actual transferee/buyer of all firearms sold by the FFL.

## THE CONSPIRACY

5.      On or about August 11, 2014, in Kent County, in the District of Delaware, the

Defendants

## SHAKIL MILLER, JON HENRY and COREY HARRIS

knowingly and intentionally combined, conspired, confederated and agreed together and with

each other, and with other persons unknown to the Grand Jury, to commit an offense against the

United States, that is, to knowingly make false and fictitious statements, intended and likely to

deceive, with respect to a fact material to the lawfulness of the sale of a firearm under the

provisions of Chapter 44, Title 18 of the United States Code, in violation of Title 18, United

States Code, Section 922(a)(6) & 924(a)(2), all in violation of Title 18, United States Code,

Section 371.

## OBJECT OF THE CONSPIRACY

6.      It was the object of the conspiracy that defendant MILLER purchase a firearm

from the Milford FFL for others.

## MANNER AND MEANS

7. It was part of the conspiracy that MILLER falsely represented that he was the actual transferee/buyer of a firearm.

## OVERT ACTS

8. In furtherance of the conspiracy, and to effect the object of the conspiracy, HENRY, HARRIS, MILLER, and others known and unknown to the Grand Jury, committed the following overt acts, among others, in the District of Delaware, on or about August 11, 2014:

a. HARRIS asked MILLER whether he was 21 years old or older, and whether he was capable of purchasing a firearm for HARRIS and another person. MILLER responded that he was 21 years old or older and that he could purchase a firearm.

b. HENRY, HARRIS and a person unknown to the grand jury drove with MILLER to the Milford FFL, for the purpose of MILLER purchasing a firearm.

c. HARRIS and MILLER entered the Milford FFL. HARRIS selected a semi-automatic Jimenez model JA25 .25 pistol, serial number 276957 ("the Firearm") and MILLER purchased that Firearm.

d. MILLER filled out the ATF Form 4473, falsely representing that MILLER was the actual transferee/buyer of the Firearm, when in fact MILLER was purchasing the Firearm for others.

e. Defendants HENRY and HARRIS paid MILLER an unknown amount of money for his assistance in purchasing the Firearm.

All in violation of Title 18, United States Code, Section 371.

3

## COUNT TWO
### (Providing False Information to a Federal Firearms Licensee)

9.      Paragraphs 1 through 8 of this Indictment are incorporated herein.

10.     On or about August 11, 2014, in Kent County, in the state and District of

Delaware, the Defendant

### SHAKIL MILLER

in connection with the acquisition of a firearm, that is, a semi-automatic Jimenez model JA25 .25

pistol, serial number 276957 ("the Firearm"), from Milford Trade and Exchange, a dealer

licensed under the provisions of Chapter 44, Title 18 of the United States Code to engage in the

business of dealing in firearms, knowingly made false and fictitious statements, intended and

likely to deceive Milford Trade and Exchange with respect to a fact material to the lawfulness of

the sale of firearms under the provisions of Chapter 44, Title 18, United States Code, in that the

Defendant made a written statement on a Firearm Transaction Record, ATF Form 4473,

certifying that the actual transferee/buyer of the Firearm was MILLER, when in truth and in fact,

and as MILLER well knew, MILLER was not the actual transferee/buyer of the Firearm, in

violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## NOTICE OF FORFEITURE

Upon conviction of the offense alleged in Count Two of this Indictment, SHAKIL

MILLER, defendant herein, shall forfeit to the United States, pursuant to 18 U.S.C. §924(d) and

28 U.S.C. §2461(c), all firearms and ammunition involved in the commission of the offense,

including but not limited to the semi-automatic Jimenez model JA25 .25 pistol, serial number

276957.

A TRUE BILL

FOREPERSON

CHARLES M. OBERLY, III
United States Attorney

BY: _____
Jennifer K. Welsh
Assistant United States Attorney

DATED: October 23, 2014

5